# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-01195-TPO

TRANSPORT WORKERS UNION OF AMERICA,
AFL-CIO, LOCAL 556; and ANGELLA FARNAN,
*on behalf of herself and all others similarly situated*,

    Plaintiffs,

v.

SOUTHWEST AIRLINES CO.,

    Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Defendants and Plaintiff by their respective counsel hereby submit this Stipulation of Dismissal With Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(ii). Having reached a settlement resolving all claims at issue in this case, the parties request dismissal with prejudice of all claims and counterclaims pled in this case. Each party will bear its own attorneys' fees and costs.

Respectfully Submitted,

*/s/ Andrew H. Turner*  
Andrew H. Turner  
MILSTEIN TURNER, PLLC  
1490 Lafayette St. #340  
Denver, CO. 80218  
303-305-8230  

*/s/ Micah Dawson*  
Micah D. Dawson  
Jacob Michael Bass*  
Fisher & Phillips LLP  
1125 17th Street, Suite 2400  
Denver, Colorado 80202

| | |
|---|---|
| andrew@milsteinturner.com | Telephone: 303-218-3651<br>mdawson@fisherphillips.com |
| Valerie L. Collins | jbass@fisherphillips.com |
| Towards Justice | |
| 303 E 17th Ave. | *Practice temporarily authorized pending* |
| Denver, CO 80203 | *Admission under C.R.C.P. 205.6* |
| (720) 441-2236 | |
| Email: valerie@towardsjustice.org | **Attorneys for Defendant Southwest Airlines Co.** |
| **Counsel for Plaintiffs** | |

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing document on Defendants by electronically filing with the Clerk of Court, using the CM/ECF system which will send notification of such filing to all counsel of record via e-mail.

This 17th day of September, 2025.

*/s/ Andrew H. Turner*
Counsel for Plaintiffs